UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL L. SANKS,

    Plaintiff,

v.                                           Case No. 8:25-cv-2340-WFJ-LSG

ROBYNN RIHANNA FOSTER,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

The *pro se* plaintiff Michael L. Sanks sues the recording artist Rihanna and alleges that she illegally copied his recordings and failed to compensate Sanks for his work producing her music. Doc. 1. Because the one-page complaint is improperly pleaded and fails to state a claim for relief or provide a basis for this Court's jurisdiction, a September 5, 2025, order, Doc. 3, instructs the plaintiff to file an amended complaint no later than September 15, 2025. Further, another order entered September 5, 2025, Doc. 2, requires the plaintiff to show cause why this action should not be dismissed for failing to pay the filing fee or, in the alternative, to pay the filing fee or move to proceed *in forma pauperis* no later than September 15, 2025. Both orders instruct the plaintiff that the failure to comply may result in a recommendation of dismissal. Docs. 2-3. The plaintiff fails to comply or otherwise prosecute this case.

Thus, I recommend dismissing this action without prejudice for failure to pay

the filing fee and failure to prosecute and directing the Clerk to close the case. 28 U.S.C. §1914(c); *Rivera v. Allin*, 144 F.3d 719, 722 (11th Cir. 1998); Local Rule 3.10.

**REPORTED** in Tampa, Florida, on this 24th day of September 2025.

*[signature]*
LINDSAY S. GRIFFIN
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the report and recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. To expedite resolution, parties may file a joint notice waiving the 14-day objection period.